Federal Claim
**FILED**
NOV 0 7 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

<u>SAN ANTONIO</u> DIVISION

JAURICE ANTWAIN PAYNE

**Plaintiff**

CASE NUMBER: SA-23-CV-1298-OLG (HJB)

SAN ANTONIO WATER SYSTEM

**Defendant**

**AMENDED COMPLAINT FOR A FEDERAL CLAIM CASE ALLEGING BREACH OF CONTRACT/ FIDUCIARY DUTIES**
**(Federal Reserve § 29 a-e)**

**JURISDICTION PLEA AND VENUE**

1. This Court has Federal Question jurisdiction pursuant to 28 U.S.C. § 1331. The District Courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States.

2. I Payne, Jaurice-Antwain, Director / authorized representative for JAURICE ANTWAIN PAYNE by way of sufficiency of pleadings, hereby grant jurisdiction to this Court.

3. The venue of United States District Court Western District of Texas San Antonio division court is correct.

4. Pursuant to Article III Section 2 the Judicial Power shall extend to all Cases, in Law and Equity, arising under this Constitution, the Laws of the United States, and Treaties made, or which

shall be made, under their Authority;—to all Cases affecting Ambassadors, other public Ministers and Consuls;—to all Cases of admiralty and maritime Jurisdiction;—to Controversies to which the United States shall be a Party;—to Controversies between two or more States;—between a State and Citizens of another State,—between Citizens of different States,—between Citizens of the same State claiming Lands under Grants of different States, and between a State, or the Citizens thereof, and foreign States, Citizens or Subjects.

5. The events giving rise to this action occurred primarily within the jurisdiction of this Court.

## PARTIES

6. JAURICE ANTWAIN PAYNE has established a residency in STATE OF ____TEXAS____ at 190 Flair Drive San Antonio, TX 78227 for over one year.

7. SAN ANTONIO WATER SYSTEM demonstrates a residency in the jurisdiction of the UNITED STATES and does Business in STATE OF __TEXAS__ at 2800 U.S. 281, San Antonio, TX 78212.

## DEFINITIONS

8. **Payne, Jaurice Antwain** – means: (1) authorized representative; (2) natural person; (3) Director; (4) attorney in fact; (5) bearer; (6) holder; (7) beneficiary.

9. **JAURICE ANTWAIN PAYNE** – means legal entity, i.e.: (1) Estate; (2) Trust; (3) legal name; (4) person; (5) artificial person; (6) quasi-artificial person; (7) individual; (8) principal; (9) Financial Institution; (10) corporation; (11) consumer; (12) fictitious payee; (13) drawee.

10. **SAN ANTONIO WATER SYSTEM** – means legal entity, i.e.: (1) legal name; (2) person; (3) artificial person; (4) quasi-artificial person; (5) individual; (6) corporation (7) Financial Institution; (8) federal savings associations.

### Bills of Exchange Act of 1882 INTERPRETATION of DEFINITION

11. **BILL OF EXCHANGED defined** –

    (1)A bill of exchange is an unconditional order in writing, addressed by one person to another, signed by the person giving it, requiring the person to whom it is addressed to pay on demand or at a fixed or determinable future time a sum certain in money to or to the order of a specified person, or to bearer.

12. Bill of Exchange Act 1882 states the **sum payable** by a bill is a sum certain to be paid with **interest.**

### BACKGROUND FACTS

13. **BANKS FIRST DUTIES** is to borrow money and to pay **interest** pursuant to 12 U.S.C. 1431 - POWERS AND DUTIES which intels:

    **(a)Borrowing money; issuing bonds and debentures; general powers**

    Each Federal Home Loan <u>Bank</u> shall have power, subject to rules and regulations prescribed by the <u>Director,</u> to borrow and give security therefor and to pay interest thereon, to issue debentures, bonds, or other obligations upon such terms and conditions as the <u>Director</u> may approve.

    In brief, this statute outlines the authority of SAN ANTONIO WATER SYSTEM, which is known to be a federal savings associations, which are financial institutions similar to banks,

known to be a federal savings associations, which are financial institutions similar to banks, but with a specific focus on providing savings, goods, and services.

14. Section 1431 grants these associations the power to operate, subject to regulations and guidelines, in a manner that facilitates providing credit and other financial services to consumers. It also outlines the governance structure, regulatory oversight, and permissible activities of federal savings associations, ensuring they operate within the bounds of federal law and regulations.

## **FACTUAL ALLEGATIONS**

15. Plaintiff incorporates by reference all preceding paragraphs as if fully stated herein.

16. The collateral securities offered on 03/13/2023, 04/03/2023, & 04/11/2023 by I Payne, Jaurice Antwain / Director / Attorney in fact of JAURICE ANTWAIN PAYNE / Plaintiff done in good faith consist of such application being accompanied with a tender to the local Federal Reserve agent of collateral in amount equal to the sum of the Federal Reserve notes thus applied for and issued pursuant to such application, acceptances acquired under sections 10A, 10B, and 13 of the Federal Reserve Act § 16 part 2, and accommodated with a accepted and restrictive endorsed Bills of Exchange, payable to Bearer with interest and to pay on demand.

17. I Payne, Jaurice Antwain / Director / Attorney in fact of JAURICE ANTWAIN PAYNE Plaintiff tendered payment by way of performance to Defendant on three separate occasions, as evidenced by USPS certified mail return receipt that such tender was made and received by the Defendant (See attachments 7 and 8).

18. I Payne, Jaurice Antwain / Director / attorney in fact of Plaintiff has exhausted administrative remedy and comes to this court of equity with clean Hands and in good faith. (See attachments 1-8).

19. After acceptance of three mailings delivered to defendant (See attachments 1-5), the defendant refused to send a rebuttal.

20. I Payne, Jaurice Antwain / Director / attorney in fact of Plaintiff has established "judgment in estoppel" against Defendant as evidenced by attached notice of default for non-response. (See attachment 3).

21. Defendant's failure to respond in this matter is stare decisis.

22. Plaintiff gave notice of general power of attorney on file. (See attachment 6).

23. Plaintiff's administrative remedy is ripe for judicial review, and there are no facts in controversy.

24. Plaintiff is backed by Article IV Section 1, which explains that Full Faith and Credit shall be given in each State to the public Acts, Records, and judicial Proceedings of every other State and the Congress may by general Laws prescribe the Manner in which such Acts, Records and Proceedings shall be proved, and the Effect thereof.

## STATEMENT OF CLAIM

25. The Plaintiff is entitled to relief due to at all times acted in good faith and with due diligence in fulfilling the contractual obligations under the agreement by properly submitting collateral security that's offered as a bill of exchange with attached tender and the Defendant failed to apply the tendered amounts from the Plaintiffs principal balance to principal account for setoff.

Federal Claim

26. As a result of the Defendant's inactions, the Plaintiff has suffered financial harm and distress.

27. The Plaintiff has repeatedly sought to rectify the situation through written and verbal communications, which the Defendant has ignored and inadequately addressed.

## **BREACH OF CONTRACT/BREACH OF FIDUCIARY DUTY**

28. Plaintiff, in every billing cycle as stipulated by the contract, tendered performance by accepting, endorsing the bill, and sending instructions for defendant to perform fiduciary duties.

29. The plaintiff had the obligation to tender performance, and the Defendant had the obligation to apply said performance to the principal's account properly. However, the plaintiff's rights were violated due to the Defendant failing to perform their fiduciary duties to honor and follow the written instructions to perform their obligations set forth, to transfer the principal balance to the principal account for continuous set-off each and every billing cycle as required by the contract. This refusal constitutes non-performance of Defendants contractual obligations which constitutes a breach of contract.

30. Defendant's actions in dishonoring tender of performance and denying Plaintiff's rights to utilize interest and equity, causing Plaintiff damages by way of financial loss and a defective title, which constitute a breach of fiduciary duties by non-performance, violating the laws of Bill of exchange 1882 and Federal Reserve Act section 16 part 2.

31. The Defendant's breach was negligent and constituted a gross deviation from the standard of conduct expected in such a fiduciary relationship. Section 29 of the Federal Reserve Act (12 U.S.C. § 504) specifically deals with the liability of directors, officers, and stockholders of national banks. It states that individuals who are or have been directors, officers, or

stockholders of any Federal Reserve member bank are personally liable for any violation of the Federal Reserve Act committed by that bank, except for violations that were done in good faith and without their knowledge or consent.

32. Defendant's liability arises from the misconduct of unjustifiably refusing to uphold their end of the contract and bad faith actions by knowingly and continuously dishonoring tender of performance.

## SUPPORTING EVIDENCE OF BREACH OF CONTRACT CLAIM

33. Offer: On 01/2019, Plaintiff entered into a consumer credit transaction with defendant, outlining the terms and conditions of the credit agreement, including the payment schedule and rates. The offer presented by Defendant to provide utility goods and services was clear, definite, and communicated by both parties.

34. Acceptance: Plaintiff accepted the terms of the offer made by Defendant, demonstrating acceptance by signing the credit agreement and complying with all required documentation.

35. Consideration: Both parties engaged in a bargained-for exchange of promises, with Defendant providing utility goods and services to Plaintiff in exchange for Plaintiff's promise to pay the principal balance according to the agreed-upon terms.

36. Meeting of the Minds: There was a meeting of the minds between Plaintiff and Defendant regarding the material terms of the contract, including the principal amount, and any additional charges applicable. Both parties agreed to accept the benefits and obligations of the agreement.

37. Execution and Delivery: The contract was executed and delivered when Plaintiff performed by submitting the collateral security offered as a bill of exchange attached with tender,

restrictive endorsed bill, and delivered USPS certified mail return receipt.

## CIVIL MONEY PENALTY FOR VIOLATIONS FEDERAL RESERVE SEC. 29a-e

38. Defendant violated the Federal Reserve section 29a-e, with actual knowledge, fairly applied on the basis of the objective circumstances, as set forth here in the Act.

39. Any member bank which, and any institution-affiliated party (within the meaning of section 3(u) of the Federal Deposit Insurance Act) with respect to such member bank who, violates any provision of section 22, 23A, or 23B, or any regulation issued pursuant thereto, shall forfeit and pay a civil penalty of not more than $5,000 for each day during which such violation continues for First tier, Second tier is $25,000 for each day and Third tier is $1,000,000 For each day violations continues.

## DAMAGES

40. Plaintiffs incorporate by reference the preceding paragraphs for all purposes the same as if set forth herein.

41. As a result of Defendants' actions as described herein, Plaintiff has suffered damages including physical pain and suffering; mental anguish by the Defendants actions and omissions will sustain significant damage in the future; loss of earning capacity.

42. Plaintiff has suffered additional damages within the Jurisdictional limits of this court and seeks recovery and remedy from Defendant. Pleading further, and alternatively, if necessary, Defendant is guilty of misconduct, which was committed knowingly, intentionally, maliciously, wantonly, fraudulently, and in reckless and callous disregard of the legitimate rights of the Plaintiff so far as to justify the imposition of exemplary damages:

43. Plaintiffs seek recovery of such exemplary damages from Defendant.

44. Defendant breached their fiduciary duties to Plaintiff, as a direct and proximate result of a breach of fiduciary duty.

45. Defendant's breach has caused Plaintiff to suffer actual damages to date totaling TEN MILLION AND 00/100 dollars ($10,000.000).

## RELIEF SOUGHT

Plaintiff incorporates by reference all preceding paragraphs as if fully stated herein.

Plaintiff seeks judicial review and summary judgement of his administrative process and remedy.

Plaintiff seeks compensatory damages, including the defendant correcting the application of payments, late charges, and any associated fees incurred due to Defendant's breach of fiduciary duties.

Plaintiff seeks An Act for Redresse of Inconveniencies by want of Proofe of the Deceases of Persons beyond the Seas or absenting themselves, upon whose Lives Estates doe depend, Pursuant to Cestui Que Vie Act of 1666.

Plaintiff seeks the defendant to apply the principal balance to the principal's account for set-off to each and every billing cycle for the life of the account, unless terminated by the plaintiff.

Plaintiff seeks any other relief deemed just and proper by this Honorable Court, including attorney's fees and costs incurred in pursuing this lawful and legal action.

Plaintiff seeks this court to find the facts and execute the law of the contract before this Court and to Grant any other relief that the Court deems just and proper.

Enter judgment in favor of Plaintiff and against defendant for damages in an amount to be determined at trial, plus interest and equity;

**Federal Claim**

Plaintiff requests the court to release the Order of the Court to JAURICE ANTWAIN PAYNE.

Respectfully submitted by order of JAURICE ANTWAIN PAYNE

*Payne, Jaurice-Antwain*

Payne, Jaurice-Antwain :
Attorney in fact of
JAURICE ANTWAIN PAYNE
c/o 190 Flair Drive
San Antonio, Texas Republic [78227]
830-376-6440

STATE OF Texas
COUNTY OF Bexar

This instrument was acknowledged before me this 7 day of November, 2023, by Payne Jaurice Antwain

Notary Public's Signature    Markisha Moore
                             Notary Name
My Commission Expires 09-03-2027



# GENERAL POWER OF ATTORNEY

STATE OF TEXAS §
§ KNOW ALL MEN BY THESE PRESENTS:
COUNTY OF BEXAR §

THAT I, __JAURICE ANTWAIN PAYNE__, of the County of __BEXAR__ and State of Texas do hereby constitute and appoint __Payne; Jaurice-Antwain__ of __BEXAR__ County, Texas to be my duly and lawfully appointed attorney in fact granting unto said attorney in fact the full power and authority to do and perform any and all acts and/or things necessary or requisite to be done in furtherance of my interests, whether said acts involve any type of real or personal property, granting unto my attorney in fact a universal power of attorney permitting said attorney in fact to act as fully and for all intents and purposes as I might do if I were personally present. I further authorize and empower said attorney in fact to being suit, to recover monies, to recover property or convey personal or real property and to execute receipts, releases and/or any other documents as may be necessary under the circumstances. Said attorney in fact is empowered to use their sole discretion in handling matters relating to my interests.

This universal power of attorney will supersede my disability to the fullest extent possible for the laws of the State of Texas.

Witness my hand this __1st__ day of __January__, 20__23__.

__JAURICE ANTWAIN PAYNE__

## Acknowledgement

STATE OF TEXAS §
§
COUNTY OF BEXAR §

BEFORE ME, the undersigned authority, on this day personally appeared __Jaurice Antwain Payne__, known to me to be the person whose name is subscribed to the foregoing document and acknowledged to me that (s)he executed the same for the purposes and consideration therein expressed.

GIVEN under my hand and seal of office this the __1st__ day of __January__, 20__23__.

MARKISHA LAJOAN MOORE
Notary Public, State of Texas
Comm. Expires 09-03-2023
Notary ID 132155503

Notary Public in and for
The State of Texas