AO 450 (Rev. 11/11) Judgment in a Civil Action

**FILED**
February 20, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____WG_____
DEPUTY

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| Jaurice Antwain Payne ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. SA:23-CV-1298-OLG |
| San Antonio Water System ) | |
| *Defendant* ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ **the plaintiff recover nothing**, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ **other:** The Court Accepts the Magistrate Judge's Report & Recommendation. It is Ordered that all asserted claims in Plaintiff's Amended Complaint are DISMISSED for lack of subject matter jurisdiction, failure to state a claim and as frivolous. This Clerks Judgement is entered and this case is CLOSED.

This action was *(check one)*:

☐ **tried by a jury with Judge** _____ presiding, and the jury has rendered a verdict.

☐ **tried by Judge** _____ without a jury and the above decision was reached.

☑ **decided by Judge** Orlando L. Garcia.

Date: 02/20/2024

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*